# NESENOFF & MILTENBERG LLP

ATTORNEYS AT LAW

nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
---
Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

MEMO ENDORSED

[SDNY stamp: DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/2/19]

December 2, 2019

**VIA ECF**
Honorable J. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Denied. Please read Docket #26 and follow the instructions contained therein. The Court notes that it is not available on December 12, 2019.

SO ORDERED:  DATE: 12/2/2019
/s/ Gabriel W. Gorenstein
UNITED STATES MAGISTRATE JUDGE

Re: **Giacinta Talarico v. Mount Sinai St. Luke's Roosevelt Hospital Center**

Dear Your Honor:

Please be advised, the undersigned is counsel to Plaintiff Giacinta Talarico ("Plaintiff") in the above-referenced matter. The undersigned writes to respectfully request that the settlement conference, which is currently scheduled to take place on December 16, 2019 be moved to December 12, 2019. This is Plaintiff's first request to move the settlement conference date. The undersigned has conferred with Defendant's counsel who does <u>not</u> object to this request.

The basis for this request is that Plaintiff will be traveling out of the state and will therefore not be able to attend the settlement conference on December 16, 2019. Accordingly, Plaintiff respectfully requests that the court move the conference date up to December 12, 2019, so that she may attend without causing further delay.

The undersigned has conferred with Defendant's counsel who has also confirmed their and their client's availability for a settlement conference on December 12th.

Counsel remains available should Your Honor have any questions or concerns. Thank you.

Respectfully submitted,

**NESENOFF & MILTENBERG LLP**

By: **/s/ Gabrielle M. Vinci**
    Gabrielle M. Vinci (GV-8390)

CC: All counsel (Via ECF)