**NESENOFF & MILTENBERG** LLP
ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
———
Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

# MEMO ENDORSED

December 5, 2019

**VIA ECF**
**Honorable J. Gabriel W. Gorenstein**
**United States District Court**
**Southern District of New York**
**500 Pearl Street**
**New York, New York 10007**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

Re: <u>Giacinta Talarico v. Mount Sinai St. Luke's Roosevelt Hospital Center</u>

Dear Your Honor:

Please be advised, the undersigned is counsel to Plaintiff Giacinta Talarico ("Plaintiff") in the above-referenced matter. The undersigned writes to respectfully request an adjournment of the settlement conference in this matter from December 16, 2019 to January 10, 2020 at 10 a.m.

Pursuant to Paragraph 8 of your Honor's Standing Order Applicable to Settlement Conferences, the parties spoke with Your Honor's Chambers and requested alternative dates to hold an adjourned settlement conference. January 10, 2020 was offered as an alternative date to the parties, and the parties have confirmed their client's availability on that date.

The basis for this request is that Plaintiff will be traveling out of the state during the weeks of December 16 and December 23, and will not return to New York until December 26th. Accordingly, Plaintiff is unable to attend the settlement conference as currently scheduled on December 16, 2019. This is Plaintiff's second request to move the settlement conference date. The undersigned's first request to move the settlement conference to December 12th was denied by the Court. The undersigned has conferred with Defendant's counsel who does not object to this request.

Counsel remains available should Your Honor have any questions or concerns. Thank you.

Respectfully submitted,

**NESENOFF & MILTENBERG LLP**

By: /s/ Gabrielle M. Vinci
Gabrielle M. Vinci (GV-8390)

*[Handwritten endorsement: Granted. Submissions due January 6, 2020.
SO ORDERED:  DATE: 12/5/19
Gabriel W. Gorenstein
UNITED STATES MAGISTRATE JUDGE]*

CC: All counsel (Via ECF)

NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260
BOSTON | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 |